IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20033
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GANTRY LADREW UTLEY,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CR-74-5
- - - - - - - - - -
December 2, 1998

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

Gantry Ladrew Utley appeals his conviction and sentence for aiding and abetting the possession of cocaine with intent to distribute on March 11, 1996, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. The evidence was not insufficient to support the conviction. See United States v. El-Zoubi, 993 F.2d 442, 445 (5th Cir. 1993); United States v. Bermea, 30 F.3d 1539, 1551 (5th Cir. 1994); United States v. Gonzales, 121 F.3d 928, 936 (5th Cir. 1997), cert. denied, 118 S. Ct. 726 (1998).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The jury was free to infer from taped telephone calls involving Utley, as interpreted by Utley's codefendant and cousin, that he was directly involved in the March 11, 1996, transaction and that he sought by his actions to make it succeed. See Gonzales, 121 F.3d at 936.

AFFIRMED.